IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**STAVENA AKINS-BRAKEFIELD,**

    **Plaintiff,**

**v.**

**PHILP ENVIRONMENTAL
SERVICES CORPORATION,**

    **Defendant.**                                 **Case No. 08-cv-710-DRH**

## ORDER

**HERNDON, Chief Judge:**

Before the Court is Plaintiff's Motion to Stay (Doc. 28), to which Defendant has filed an opposing Response (Doc. 30). Plaintiff seeks a stay pending a ruling on her Rule 60(b) Motion in Case No. 08-438 (the "First Case"). Plaintiff seeks to reopen and reinstate the First Case, which she feels is essentially the same case as the instant matter and also seeks to consolidate both cases.

However, from the Status Report (Doc. 29), filed by Plaintiff, it appears that Plaintiff's Rule 60(b) Motion and her Motion to Consolidate were denied in the First Case. Thus, there is no longer a need for a stay in this matter. Accordingly, Plaintiff's Motion to Stay (Doc. 28) is **DENIED**.

    **IT IS SO ORDERED**.

Signed this 27th day of January, 2009.

                                      /s/     *David R Herndon*

                                      **Chief Judge
United States District Court**