IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**STAVENA AKINS-BRAKEFIELD**,

**Plaintiff,**

v.

**PHILIP ENVIRONMENTAL
SERVICES CORP., et al.,**

**Defendants.**                                              No. 08-CV-00710-DRH

**HERNDON, Chief Judge:**

## ORDER

This matter is before the Court on Plaintiff's Motion for Leave to File Her Response to Defendant Philip Environmental Services Corporation's Motion to Dismiss (**Doc. 73**) in Excess of Twenty Pages (**Doc. 92**). Plaintiff filed the Response (**Doc. 93**) in excess of the twenty page limit prescribed by Local Rule 7.1(d) without first obtaining the leave to file. Plaintiff is reminded that the Local Rules are to be heeded. Accordingly, Plaintiff's Motion for Leave to File a Response in Excess of Twenty Pages (**Doc. 92**) is **DENIED**. Further, Plaintiff's Response (**Doc. 93**) is **STRICKEN**. Plaintiff is allowed leave to file a Response that complies with the Rules on or before July 14, 2009.

**IT IS SO ORDERED.**

Signed this 13th day of July, 2009.

/s/      *David R Herndon*
**Chief Judge
United States District Court**