IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**STAVENA AKINS-BRAKEFIELD,**

    **Plaintiff,**

**v.**

**PHILP ENVIRONMENTAL
SERVICES CORPORATION,**

    **Defendant.**                                                                 **Case No. 08-cv-710-DRH**

<u>**ORDER**</u>

**HERNDON, Chief Judge:**

    Before the Court is Defendants' Motion for Relief (Doc. 123). Defendants seek to suspend the dispositive motions filing deadline until the Court resolves the current pending motions on the docket. At that time, Defendants request that the Court schedule a status conference so that new dispositive motion deadline can be set as well as a date for a settlement conference. For good cause, Defendants' Motion (Doc. 123) is **GRANTED**. Accordingly, the current dispositive motions deadline is hereby stayed until such time as the Court decides the pending dispositive motions currently on the docket. The Court will then schedule a status conference so that a new dispositive motions deadline can be set.

    **IT IS SO ORDERED**.

    Signed this 1st day of February, 2010.

    /s/  *David R Herndon*

    **Chief Judge
United States District Court**