IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**STAVENA AKINS-BRAKEFIELD,**

    **Plaintiff,**

**v.**

**PHILIP ENVIRONMENTAL SERVICES
CORPORATION, et al.,**

    **Defendants.**　　　　　　　　　　**Case No. 08-cv-710-DRH-PMF**

## ORDER

**HERNDON, Chief Judge:**

    This Court finds that pursuant to the logic of ***Smith v. Check-n-Go*, 200 F.3d 511 (7th Cir. 1999)**, given the identical Parties and issues shared by this case with a previously filed case, *Akins-Brakefield v. Philip Services Corp.*, No. 08-cv-438-GPM-CJP, this case is hereby **REASSIGNED** to the Honorable G. Patrick Murphy as the presiding Judge and **REASSIGNED** to the Honorable Clifford J. Proud as the Magistrate Judge. Accordingly, the new case number shall be: **Case No. 08-cv-710-GPM-CJP**.

    Further, it shall now be at Judge Murphy's discretion to schedule this matter for a status conference to determine a new dispositive motions deadline, pursuant to the Court's February 1, 2010 Order (Doc. 127), which granted

Defendants' Motion for Relief from Date for Filing Motions for Summary Judgment.

**IT IS SO ORDERED**.

Signed this 17th day of May, 2010.

/s/ David R Herndon

**Chief Judge
United States District Court**